## From: The District Court of the 11th Judicial District. County of Flathead.

**STATE OF MONTANA,**
    **Plaintiff,**
**vs.**
**CHRISTOPHER J. WALLACE,**
    **Defendant.**

**No. DC-00-172C**
**Decision**

On January 17, 2002, the defendant was sentenced to the following: Count I (Aggravated Assault, a felony): Twenty (20) years in the Montana State Prison; Count II (Kidnaping, a felony): Ten (10) years in the Montana State Prison; and Count III (Assault on a Minor, a felony): Five (5) years in the Montana State Prison. Each of the sentences shall run consecutively to each other. The defendant is ineligible for parole during the term of the sentence.

On May 2, 2002, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Lane Bennett. The state was represented by Tom Esch.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or

increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 2nd day of May, 2002.

DATED this 22nd day of May, 2002.

Chairman, Hon. David Cybulski; Member, Hon. Katherine R. Curtis and Member, Hon. Marc Buyske.